UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

In re:

ADAM MAHL,

        Debtor.
---------------------------------------------------------------X
MARC D. TISHFIELD,

        Plaintiff,

   -against-

ADAM MAHL,

        Defendant.
---------------------------------------------------------------X

Chapter 7
Case No. 14-71232 (AST)

**AFFIDAVIT OF SERVICE**

Adv. Pro. No. 14-08269-reg

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NASSAU    )

      **CHRISTINE C. FOLLETT**, being duly sworn deposes and says: I am not a party to the action, am over 18 years of age and reside in Glen Cove, New York.

      On the 16th day of September, 2014, I served true copies of the ***Summons and Notice of a Pretrial Conference in an Adversary Proceeding and Complaint*** by First Class Mail by enclosing same in sealed wrappers with postage prepaid thereon and depositing same in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, addressed to the parties listed below at the last known address set forth after each name:

Weinberg Gross & Pergament LLP
*Attorneys for Debtor*
400 Garden City Plaza
Garden City, NY 11530
Attn: Marc A. Pergament, Esq.

Kenneth P. Silverman, Esq.
*Chapter 7 Trustee*
Silverman Acompora LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY 11753

2928011.1

United States Trustee
Long Island Federal Courthouse
560 Federal Plaza – Room 560
Central Islip, NY 11722-4437

Adam Mahl
26 Tiana Place
Dix Hills, New York 11746-5223

                                          /s/Christine C. Follett \_\_\_\_\_
                                          CHRISTINE C. FOLLETT

Sworn to before me this
16th day of September, 2014

/s/Marion Panos_____
Notary Public, State of New York
No. 01PA5046969
Qualified in Nassau County
Commission Expires July 24, 2014